UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| QUANTEFI CORP.<br><br>*Plaintiff*,<br><br>vs.<br><br>BELDEN INC.<br><br>*Defendant*. | Case No. 4:26-cv-1345-SPM |

**CERTIFICATION REGARDING GENERATIVE ARTIFICIAL INTELLIGENCE**

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Joshua M. Divine, United States District Judge for the Eastern and Western Districts of Missouri.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be fully checked for accuracy by a human being using print reporters or traditional legal databases before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

Dated: September 22, 2026

Respectfully submitted,

POLSINELLI PC

*/s/ Britton St. Onge*
Britton St. Onge (#62256MO)
7676 Forsyth Blvd., Suite 800
St. Louis, MO 63105
Telephone: (314) 889-8000
bstonge@polsinelli.com

**ATTORNEYS FOR PLAINTIFF, QuanteFi Corporation**